ACCEPTED
12-14-00253-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/3/2015 2:49:52 PM
Pam Estes
CLERK

**CASE NO. 12-14-00253-CV**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

11/3/2015 2:49:52 PM

PAM ESTES
Clerk

| | | |
|---|---|---|
| **JERRY WEAKS and JOYCE WEAKS,** | § | **IN THE COURT OF APPEALS FOR** |
| **APPELLANT** | | **TWELFTH COURT OF APPEALS DISTRICT OF TEXAS** |
| | § | |
| **V.** | | |
| | § | |
| **KATHLEEN JEANETTE WHITE,** | § | |
| **APPELLEE** | § | |

## <u>UPDATED CERTIFICATE OF CONFERENCE</u>

**TO THE HONORABLE COURT:**

This will certify and confirm that the undersigned attorney for the Appellants has conferred with Ms. Jane Parreiras-Horta, the attorney for the Appellee, in regard to the Appellants' request for extension of time to file the motion for rehearing. The undersigned sent a copy of the Request for Extension of Time and email requesting agreement along with a copy of the original Certificate of Conference to said Jane Parreiras-Horta by email on November 2, 2015 at 11:21 a.m. On November 3, 2015 at 12::55 p.m., Jane Parreiras-Horta sent an email to the undersigned stating that she did not oppose the undersigned's request for extension.

Respectfully submitted,

/s/ Aubrey L. Jones, Jr.

_____

Aubrey L. Jones, Jr.
Attorney at Law
State Bar No. 10859100
P.O.  Box 168
106 W. Tyler St.
Athens, Texas 75751
Telephone:  (903) 675-7990
Fax: (903) 670-3424
Email: aubreyjoneslaw@embarqmail.com

ATTORNEY FOR  APPELLANTS


## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the above Certificate of Conference has been served on Appellee's attorney of record, Ms. Jane Parreiras-Horta,  in accordance with the Texas Rules of Appellate Procedure.


Signed this 3rd day of  November, 2015.

/s/ Aubrey L. Jones, Jr.

_____

Aubrey L. Jones, Jr.